IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEE VAN BROWN**  **PLAINTIFF**

vs. CASE NO. 2:20-CV-00135-BSM

**CITY OF DERMOTT, ARKANSAS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE